```
           IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| JUDITH TRACKWELL, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CV3171 |
| | ) | |
| v. | ) | |
| | ) | |
| B & J PARTNERSHIP, CLAY F. SMITH, WILLIAM D. SMITH, A. JOYCE SMITH, CAPITOL TITLE, and HOMESERVICES OF NEBRASKA, | ) ) ) ) | ORDER |
| | ) | |
| Defendants. | ) ) | |

IT IS ORDERED:

The amended motion by defendants B & J Partnership, Clay F. Smith, William D. Smith and A. Joyce Smith for time to plead, filing 16, is granted and the answer deadline for these defendants is extended to September 19, 2005.  The previous motion for time to plead, filing 11, is denied as moot.

DATED this 10th day of August, 2005.

                              BY THE COURT

                              s/ *David L. Piester*
                              David L. Piester
                              United States Magistrate Judge