IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JUDITH TRACKWELL, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CV3171 |
| | ) | |
| v. | ) | |
| | ) | |
| B & J PARTNERSHIP, CLAY F. SMITH, WILLIAM D. SMITH, A. JOYCE SMITH, CAPITOL TITLE, and HOMESERVICES OF NEBRASKA, | ) ) ) ) ) | ORDER |
| Defendants. | ) ) | |

Plaintiff has filed a third amended complaint without leave of court.

IT THEREFORE HEREBY IS ORDERED,

Plaintiff's Third Amended Complaint, filing 17, is stricken.

DATED this 10th day of August, 2005.

BY THE COURT

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge