IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JUDITH TRACKWELL, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CV3171 |
| | ) | |
| v. | ) | |
| | ) | |
| B & J PARTNERSHIP, CLAY F. SMITH, WILLIAM D. SMITH, A. JOYCE SMITH, CAPITOL TITLE, HOMESERVICES OF NEBRASKA, CHICAGO TITLE, HOME REAL ESTATE, HOME SERVICES OF AMERICA, F. WARD HOPPE, SUSAN LADUKE, JAMES LAMPHERE, ROBERT MOLINE, MICHAEL TAVLIN, and WOODS BROTHERS REALTY, | ) ) ) ) ) ) ) ) ) ) | ORDER |
| Defendants. | ) ) | |

IT IS ORDERED:

1. The motions to continue filed by defendant HomeServices of Nebraska, Inc., (filing 24) and defendants B & J Partnership, Ltd., Clay F. Smith, William D. Smith, and A. Joyce Smith (filing 25) are granted.

2. The deadline for responding to plaintiff's motion for leave to file a third amended complaint, filing 18, is continued to August 29, 2005.

DATED this 22nd day of August, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge