IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JUDITH TRACKWELL, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CV3171 |
| | ) | |
| v. | ) | |
| | ) | |
| B & J PARTNERSHIP, CLAY F. SMITH, WILLIAM D. SMITH, A. JOYCE SMITH, CAPITOL TITLE, HOMESERVICES OF NEBRASKA, CHICAGO TITLE, HOME REAL ESTATE, HOME SERVICES OF AMERICA, F. WARD HOPPE, SUSAN LADUKE, JAMES LAMPHERE, ROBERT MOLINE, MICHAEL TAVLIN, and WOODS BROTHERS REALTY, | ) ) ) ) ) ) ) ) ) | ORDER |
| | ) | |
| Defendants. | ) | |

IT IS ORDERED:

The motion for extension of time, filing 27, filed by defendants B & J Partnership, Ltd., Clay F. Smith, William D. Smith and A. Joyce Smith, and joined by counsel for defendant HomeServices of Nebraska, is granted.  The deadline for these defendants to respond to plaintiff's motion for leave to file a third amended complaint is extended to September 8, 2005.

DATED this 30th day of August, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge