```
                  IN THE UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF NEBRASKA

JUDITH TRACKWELL,                    )
                                     )
              Plaintiff,             )            4:05CV3171
                                     )
         v.                          )
                                     )
B & J PARTNERSHIP, CLAY F.           )       MEMORANDUM AND ORDER
SMITH, WILLIAM D. SMITH, A.          )
JOYCE SMITH, CAPITOL TITLE,          )
HOMESERVICES OF NEBRASKA,            )
CHICAGO TITLE, HOME REAL             )
ESTATE, HOME SERVICES OF             )
AMERICA, F. WARD HOPPE, SUSAN        )
LADUKE, JAMES LAMPHERE,              )
ROBERT MOLINE, MICHAEL               )
TAVLIN, and WOODS BROTHERS           )
REALTY,                              )
                                     )
              Defendants.            )
                                     )
```

The plaintiff has filed a Motion for Leave to File a Corrected Motion to Amend with Accompanying Complaint.  Filing 30.  The plaintiff states she is "aware of defects in said pending Motion and requests leave to correct said defects in furtherance of justice."  The pending motion referenced in filing 30 is, presumably, plaintiff's motion for leave to file a Third Amended Complaint, filing 18.

IT THEREFORE HEREBY IS ORDERED:

1.   The plaintiff's filing 30 motion is granted, and the plaintiff is hereby given until September 12, 2005 to file a new Motion for Leave to File a Third Amended Complaint.

2.   The plaintiff's filing 18 Motion for Leave to File a Third Amended Complaint is denied as moot.

DATED this 6th day of September, 2005.

BY THE COURT:

s/ David L. Piester

David L. Piester
United States Magistrate Judge