```
              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| JUDITH TRACKWELL, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CV3171 |
| | ) | |
| v. | ) | |
| | ) | |
| B & J PARTNERSHIP, LTD., CLAY | ) | ORDER |
| F. SMITH, WILLIAM D. SMITH, | ) | |
| A. JOYCE SMITH, CAPITOL | ) | |
| TITLE, HOMESERVICES OF | ) | |
| NEBRASKA, CHICAGO TITLE, HOME | ) | |
| REAL ESTATE, HOME SERVICES OF | ) | |
| AMERICA, F. WARD HOPPE, SUSAN | ) | |
| LADUKE, JAMES LAMPHERE, | ) | |
| ROBERT MOLINE, MICHAEL | ) | |
| TAVLIN, and WOODS BROTHERS | ) | |
| REALTY, | ) | |
| | ) | |
| Defendants. | ) | |

Upon consideration of the plaintiff's motion for temporary stay, and counsel's response to the show cause order of August 15, 2005, filing 23,

IT IS ORDERED:

1. The motion for temporary stay, filing 33, is granted, and the plaintiff is given until October 19 to file a motion for leave to file another amended complaint.

2. Defendant are given until October 31, 2005 to respond to the amended complaint.

3. The plaintiff's counsel having now responded to the show cause order, the order, filing 23, is withdrawn and set aside.

DATED this 21st day of September, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge