IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JUDITH TRACKWELL, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CV3171 |
| | ) | |
| v. | ) | |
| | ) | AMENDED |
| B & J PARTNERSHIP, CLAY F. SMITH, WILLIAM D. SMITH, A. JOYCE SMITH, CAPITOL TITLE, HOMESERVICES OF NEBRASKA, CHICAGO TITLE, HOME REAL ESTATE, HOME SERVICES OF AMERICA, F. WARD HOPPE, SUSAN LADUKE, JAMES LAMPHERE, ROBERT MOLINE, MICHAEL TAVLIN, and WOODS BROTHERS REALTY, | ) | ORDER |
| | ) | |
| Defendants. | ) | |

IT IS ORDERED:

The motion of defendants B & J Partnership, Ltd., Clay F. Smith, William D. Smith, A. Joyce Smith and Homeservices of Nebraska, Inc. for time, filing 38, is granted and the deadline to respond to plaintiff's motion to amend and add parties is extended to November 9, 2005.

DATED this 2nd day of November, 2005.

BY THE COURT:

s/ David L. Piester
David L. Piester
United States Magistrate Judge