IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JUDITH TRACKWELL, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>B & J PARTNERSHIP, CLAY F. )<br>SMITH, WILLIAM D. SMITH, A. )<br>JOYCE SMITH, CAPITOL TITLE, )<br>HOMESERVICES OF NEBRASKA, )<br>CHICAGO TITLE, HOME REAL )<br>ESTATE, HOME SERVICES OF )<br>AMERICA, F. WARD HOPPE, SUSAN )<br>LADUKE, JAMES LAMPHERE, )<br>ROBERT MOLINE, MICHAEL )<br>TAVLIN, and WOODS BROTHERS )<br>REALTY, )<br>)<br>Defendants. )<br>) | 4:05CV3171<br><br>ORDER |

IT IS ORDERED:

1. The defendants' motion to file under seal, filing 42, is granted. The defendants' brief and index of evidence, which were filed by the clerk's office under seal on November 9, 2005, (see filings 44 and 45) shall remain under seal unless otherwise ordered by the court.

2. The plaintiff's motion for extension of time, filing 46, is granted.

3. The plaintiff's response to defendants' filing 43 motion to disqualify shall be filed on or before November 29, 2005.

DATED this 14th day of November, 2005.

BY THE COURT:

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge