IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JUDITH TRACKWELL, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CV3171 |
| | ) | |
| v. | ) | |
| | ) | |
| B & J PARTNERSHIP, CLAY F. SMITH, WILLIAM D. SMITH, A. JOYCE SMITH, CAPITOL TITLE, HOMESERVICES OF NEBRASKA, CHICAGO TITLE, HOME REAL ESTATE, HOME SERVICES OF AMERICA, F. WARD HOPPE, SUSAN LADUKE, JAMES LAMPHERE, ROBERT MOLINE, MICHAEL TAVLIN, and WOODS BROTHERS REALTY, | ) ) ) ) ) ) ) ) ) ) | ORDER |
| | ) | |
| Defendants. | ) | |

The defendants have moved for an order requiring plaintiff's counsel to file her brief and evidence in response to defendants' motion to disqualify under seal. Filing 51. The court finds that such motion should be granted and the materials should be filed under seal, subject to unsealing at a later time upon the motion of the parties or *sua sponte* upon review by the court.

IT THEREFORE HEREBY IS ORDERED:

1. The defendants' motion, filing 51, is granted.

2. On or before December 6, 2005, plaintiff's counsel shall submit her brief and evidence in response to defendants' motion to disqualify to the clerk's office for filing herein.

3. The clerk's office shall file the brief and evidence submitted by plaintiff's counsel in response to defendants' motion to disqualify under seal.

DATED this 6th day of December, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge