IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JUDITH TRACKWELL, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CV3171 |
| | ) | |
| v. | ) | |
| | ) | |
| B & J PARTNERSHIP, LTD., et al., | ) | ORDER |
| | ) | |
| Defendants. | ) | |
| | ) | |

The plaintiff has filed a motion for leave to file a reply to the defendants' brief in opposition to her motion to amend. Filing 58. Although this motion will be granted, it was unnecessary. NECivR 7.1(c) states:

> (c) **Replying to Opposing Briefs and Evidence.** The moving party may file a reply brief and index of evidence no later than five (5) days after the nonmoving party files and serves the opposing brief. The reply brief may not merely repeat the moving party's initial arguments, but must address factual or legal issues raised in the opposing brief. No further briefs or evidence may be filed without the court's leave.

Counsel is reminded to apprise herself of the local rules that have been in effect since August 6, 2004.

IT THEREFORE HEREBY IS ORDERED:

Plaintiff's motion for leave to file a reply is granted.

DATED this 9th day of December, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge