```
         IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| JUDITH TRACKWELL, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CV3171 |
| | ) | |
| v. | ) | |
| | ) | |
| B & J PARTNERSHIP, LTD., et al., | ) | ORDER |
| | ) | |
| Defendants. | ) | |

The plaintiff's reply brief having already been filed, and finding that this reply brief raises no new issues and no matters which should be filed under seal, and that it addresses only those issues related to the plaintiff's motion for leave to amend,

IT IS ORDERED,

Defendants' Motion for Reconsideration or Clarification of Ruling on Plaintiff's Motion for Leave to Reply, filing 61, is denied.

DATED this 9th day of December, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge