IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JUDITH TRACKWELL, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CV3171 |
| | ) | |
| v. | ) | |
| | ) | |
| B & J PARTNERSHIP, CLAY F. SMITH, WILLIAM D. SMITH, A. JOYCE SMITH, CAPITOL TITLE, HOMESERVICES OF NEBRASKA, CHICAGO TITLE, HOME REAL ESTATE, HOME SERVICES OF AMERICA, F. WARD HOPPE, SUSAN LADUKE, JAMES LAMPHERE, ROBERT MOLINE, MICHAEL TAVLIN and WOODS BROTHERS REALTY, | ) ) ) ) ) ) ) ) ) ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendants. | ) | |
| | ) | |

I entered an order on December 9, 2005 declaring, *inter alia*, that the defendants' motion to disqualify counsel, filing 43, was then fully submitted. I was incorrect. Recent amendments to our local rules give moving parties a right to file a reply brief within five working days of the filing of briefs in opposition to motions. NECivR 7(c). Plaintiffs' responsive brief in opposition to the defendants' motion to disqualify was filed December 8, 2005, making my order premature. I shall grant defendants an opportunity to file a reply brief.

IT THEREFORE HEREBY IS ORDERED,

Defendants are granted until January 16, 2006 to file their reply brief on the motion to disqualify.

DATED this 5th day of January, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge