```
          IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| JUDITH TRACKWELL, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CV3171 |
| | ) | |
| v. | ) | |
| | ) | |
| B & J PARTNERSHIP, LTD., | ) | ORDER |
| CLAY F. SMITH, WILLIAM D. | ) | |
| SMITH, A. JOYCE SMITH, | ) | |
| HOMESERVICES OF NEBRASKA, | ) | |
| INC., and CAPITOL TITLE | ) | |
| COMPANY, | ) | |
| | ) | |
| Defendants. | | |

This matter is before the court *sua sponte*.

IT IS ORDERED,

This case is stayed until further order of the court. Other than documents related to any appeal of the court's order of March 30, 2006, filing 81, no pleadings, motions, papers, or documents shall henceforth be filed herein. The pending motion to withdraw, filing 82, will remain pending, and Ms. Celesky will remain plaintiff's counsel of record, until the stay is lifted; no response to that motion may be filed at this time.

DATED this 3rd day of April, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge