```
                                              FILED
                                         U.S. DISTRICT COURT
                                         DISTRICT OF NEBRASKA
     IN THE UNITED STATES DISTRICT COURT
        FOR THE DISTRICT OF NEBRASKA        2006 APR 27 PM 3: 17

                          SEALED            OFFICE OF THE CLERK
```

| | | |
|---|---|---|
| JUDITH TRACKWELL, | ) | |
| Plaintiff, | ) | 4:05CV3171 |
| v. | ) | |
| B & J PARTNERSHIP, CLAY F. SMITH, WILLIAM D. SMITH, A. JOYCE SMITH, CAPITOL TITLE, HOMESERVICES OF NEBRASKA, CHICAGO TITLE, HOME REAL ESTATE, HOME SERVICES OF AMERICA, F. WARD HOPPE, SUSAN LADUKE, JAMES LAMPHERE, ROBERT MOLINE, MICHAEL TAVLIN, and WOODS BROTHERS REALTY, | ) | **SEALED<br>MEMORANDUM AND ORDER** |
| Defendants. | ) | |

Attorney Mary C. Wickenkamp has sent a letter to the court (attached) which I construe as a motion to disqualify my law clerk, Cheryl R. Zwart, from further participation in these matters. I have investigated the allegations in the letter, and Ms. Zwart has also checked the applicable file in the District Court of Lancaster County, Nebraska and prepared an affidavit of her investigation of it, which is also attached.

I see no conflict of interest nor any appearance of impropriety in Ms. Zwart's continued involvement in these matters. They are totally unrelated to the facts now before this court and the state matter was dismissed in 1999, over six years ago.

IT THEREFORE HEREBY IS ORDERED,

The letter received from attorney Mary C. Wickenkamp, construed as a motion to disqualify Cheryl R. Zwart from further participation in assisting me in these matters, is denied.

DATED this 27th day of April, 2006.

BY THE COURT:

David L. Piester
United States Magistrate Judge