```
                                                    FILED
                                              U.S. DISTRICT COURT
                                              DISTRICT OF NEBRASKA
```

IN THE UNITED STATES DISTRICT COURT  2006 JUN -9  AM 11: 41
FOR THE DISTRICT OF NEBRASKA

OFFICE OF THE CLERK

| | | |
|---|---|---|
| JUDITH TRACKWELL, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CV3171 |
| | ) | |
| v. | ) | |
| | ) | |
| B & J PARTNERSHIP, LTD., | ) | MEMORANDUM AND ORDER |
| et al., | ) | |
| Defendants. | ) | |

Mary C. Wickenkamp, former attorney for the plaintiff, has requested to file under seal a "Motion to Vacate Order Pursuant to Fed. R. Civ. P. 60," asking for the vacating of my memorandum and order of March 30, 2006, filing 81, on the ground that I allegedly had a conflict of interest. I shall direct that the motion be filed. Because the motion calls into question my personal impartiality in this matter, I shall request that it be resolved by the assigned district judge.

IT THEREFORE HEREBY IS ORDERED,

The clerk shall file the motion and accompanying documents under seal and refer all subsequent filings related to the motion to the Hon. Richard G. Kopf, United States District Judge.

DATED this 9th day of June, 2006.

BY THE COURT:

_____
David L. Piester
United States Magistrate Judge