IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

JUDITH TRACKWELL,                    )
                                     )
            Plaintiff,               )           4:05CV3171
                                     )
       v.                            )
                                     )
B & J PARTNERSHIP, CLAY F.           )           ORDER
SMITH, WILLIAM D. SMITH, A.          )
JOYCE SMITH, CAPITOL TITLE,          )
HOMESERVICES OF NEBRASKA,            )
CHICAGO TITLE, HOME REAL             )
ESTATE, HOME SERVICES OF             )
AMERICA, F. WARD HOPPE, SUSAN        )
LADUKE, JAMES LAMPHERE,              )
ROBERT MOLINE, MICHAEL               )
TAVLIN, and WOODS BROTHERS           )
REALTY,                              )
                                     )
            Defendants.              )
_____          )


       IT IS ORDERED:

       Defendants' motion for time, filing 89, is granted and the
deadline for defendants to file their fee application is extended
to ten days after the court's ruling on the motion to vacate.

       DATED this 14th day of June, 2006.

                           BY THE COURT:

                           s/ *David L. Piester*

                           David L. Piester
                           United States Magistrate Judge