IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

```
JUDITH TRACKWELL,                    )
                                     )
            Plaintiff,               )      4:05 CV 3171
                                     )
      v.                             )
                                     )
                                     )
B & J PARTNERSHIP, LTD., CLAY F.     )      MEMORANDUM AND ORDER
SMITH, WILLIAM D. SMITH, A. JOYCE    )
SMITH, HOME SERVICES OF              )
NEBRASKA, INC., and CAPITOL          )
TITLE COMPANY,                       )
                                     )
            Defendants.              )
```

Pending before the court is plaintiff's counsel's motion to withdraw, filing 82. The motion to withdraw will be granted.

Also pending is the motion for leave to file a third amended complaint, filing 36. In light of the fact that plaintiff will be represented by new counsel, I shall deny the motion for leave to file another amended complaint, without prejudice to the filing of such a motion by new counsel.

IT THEREFORE HEREBY IS ORDERED:

1. Plaintiff's counsel's motion to withdraw, filing 82, is granted, effective upon the filing in this court of an affidavit or certificate of service stating that a copy of this order has been served on the plaintiff.

2. Plaintiff is given thirty days from this date to obtain the services of another attorney to represent her in this case or, alternatively to request the appointment of counsel, or indicate, by pleading, that she will represent herself in this case. Failure to take any of these actions may result in the dismissal of the case.

    3. The motion for leave to file a third amended complaint, filing 36, is denied, without prejudice to a similar motion being filed by plaintiff's new counsel.

    DATED June 15, 2006

                            BY THE COURT:

                            s/ *David L. Piester*
                            United States Magistrate Judge