IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JUDITH TRACKWELL, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CV3171 |
| | ) | |
| v. | ) | |
| | ) | |
| B & J PARTNERSHIP, LTD., | ) | ORDER |
| CLAY F. SMITH, WILLIAM D. | ) | |
| SMITH, A. JOYCE SMITH, | ) | |
| HOMESERVICES OF NEBRASKA, | ) | |
| INC., and CAPITOL TITLE | ) | |
| COMPANY, | ) | |
| | ) | |
| Defendants. | ) | |

IT IS ORDERED,

Plaintiff's motion for time, filing 95, is granted and plaintiff is given an additional thirty days from today's date to obtain substitute counsel.

DATED July 12, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge