```
            IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| JUDITH TRACKWELL, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CV3171 |
| | ) | |
| v. | ) | |
| | ) | |
| B & J PARTNERSHIP, CLAY F. SMITH, WILLIAM D. SMITH, A. JOYCE SMITH, CAPITOL TITLE, HOMESERVICES OF NEBRASKA, CHICAGO TITLE, HOME REAL ESTATE, HOME SERVICES OF AMERICA, F. WARD HOPPE, SUSAN LADUKE, JAMES LAMPHERE, ROBERT MOLINE, MICHAEL TAVLIN, and WOODS BROTHERS REALTY, | ) ) ) ) ) ) ) ) ) ) ) | ORDER |
| Defendants. | ) | |

IT IS ORDERED:

1. The motion of Mary C. Wickenkamp for extension of deadline, filing 100, is granted and the deadline to respond to defendant's fee application is extended to August 15, 2006.

2. The motion, filing 100, was filed under seal by Ms. Wickenkamp. The clerk's office is directed to unseal the motion and file it in the public record.

3. This order shall not be filed under seal.

DATED this 2nd day of August, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge