IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JUDITH TRACKWELL, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CV3171 |
| | ) | |
| v. | ) | |
| | ) | |
| B & J PARTNERSHIP, CLAY F. SMITH, WILLIAM D. SMITH, A. JOYCE SMITH, CAPITOL TITLE, HOMESERVICES OF NEBRASKA, CHICAGO TITLE, HOME REAL ESTATE, HOME SERVICES OF AMERICA, F. WARD HOPPE, SUSAN LADUKE, JAMES LAMPHERE, ROBERT MOLINE, MICHAEL TAVLIN, and WOODS BROTHERS REALTY, | ) ) ) ) ) ) ) ) ) ) ) | ORDER |
| Defendants. | ) ) | |

Upon consideration of the plaintiff's motion for leave to file an amended complaint,

IT IS ORDERED,

The motion, filing 103, is granted, and the plaintiff shall file the proposed amended complaint attached to the motion, retitled "Third Amended Complaint," within ten days (The filing of a copy of the proposed amended complaint with the motion for leave to file amended complaint is NOT the filing of the Third Amended Complaint).  The Third Amended Complaint shall supersede all previous complaints filed herein (Defendants' requests for orders of dismissals with prejudice are not addressed in this order, as they should be raised by separate motions to dismiss).

DATED this 6th day of September, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge