THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JUDITH TRACKWELL, | ) | 4:05CV3171 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| B & J PARTNERSHIP, LTD., | ) | |
| CLAY F. SMITH, WILLIAM D. | ) | |
| SMITH, A. JOYCE SMITH, | ) | |
| HOMESERVICES OF | ) | |
| NEBRASKA, INC., and CAPITOL | ) | |
| TITLE COMPANY, | ) | |
| | ) | |
| Defendants. | ) | |

  Mary C. Wickenkamp, former counsel for Plaintiff in this case, has filed an appeal (filing 113) from Magistrate Judge Piester's August 25, 2006, order (filing 105) requiring her to pay Defendants a total of $33,631 in attorney fees. Ms. Wickenkamp has moved for an extension of time in which to file a brief in support of her appeal (filing 114) and a motion for leave to submit paper, as opposed to electronic, filings in this matter (filing 112).

  I shall grant Ms. Wickenkamp's motion for an extension of time, but I shall deny her motion to submit paper filings. Ms. Wickenkamp's statements that she has "had difficulty" in filing matters electronically and that "this is the only matter in which she is presently required to file any documents" do not constitute good cause for failing to use the court's mandatory electronic filing system ("CM/ECF"). This matter may require the filing of many more documents, and Ms. Wickenkamp has not demonstrated why she should be exempt from the same electronic filing requirements the court imposes on other attorneys. If Ms. Wickenkamp is having technical difficulties in using the court's CM/ECF system, she may contact the Clerk of Court's office or the court's Information Technology personnel for assistance.

IT IS ORDERED:

1. Mary C. Wickenkamp's motion (filing 114) for an extension of time in which to file a brief in support of her appeal (filing 113) from Magistrate Judge Piester's August 25, 2006, order (filing 105) is granted;

2. Mary C. Wickenkamp shall file her brief on or before September 22, 2006;

3. The defendants may file a brief opposing Ms. Wickenkamp's appeal on or before October 6, 2006, after which this matter will be deemed submitted; and

4. Mary C. Wickenkamp's motion for leave to submit paper, as opposed to electronic, filings in this matter (filing 112) is denied.

September 8, 2006.

BY THE COURT:
s/ *Richard G. Kopf*
United States District Judge