IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JUDITH TRACKWELL, | ) | |
| | ) | |
| Plaintiff, | ) | 4:5CV3171 |
| | ) | |
| v. | ) | |
| | ) | |
| B & J PARTNERSHIP, CLAY F. SMITH, WILLIAM D. SMITH, A. JOYCE SMITH, CAPITOL TITLE, HOMESERVICES OF NEBRASKA, CHICAGO TITLE, HOME REAL ESTATE, HOME SERVICES OF AMERICA, F. WARD HOPPE, SUSAN LADUKE, JAMES LAMPHERE, ROBERT MOLINE, MICHAEL TAVLIN, and WOODS BROTHERS REALTY, | ) ) ) ) ) ) ) ) ) ) | MEMORANDUM AND ORDER |
| Defendants. | ) ) | |

A telephone conference call was held with counsel in this matter concerning the plaintiff's filing of a "Notice of Dismissal of Remaining Original Parties Without Prejudice," filing 127. Plaintiff's counsel informed the court that the word "without" appearing on the top line of page two of the document was intended to be "with." Neither of the defendants' counsel objected to the notice as clarified.

IT THEREFORE HEREBY IS ORDERED,

The notice, as clarified is accepted. All claims against remaining original parties not named in the plaintiff's third amended complaint, filing 122, are dismissed without prejudice.

DATED this 6th day of October, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge