THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JUDITH TRACKWELL, | ) | 4:05CV3171 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| B & J PARTNERSHIP, LTD., | ) | |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |

    Mary C. Wickenkamp, former counsel for the plaintiff, has filed a motion (filing 131) for an extension of time to file a brief in reply regarding her appeal (filing 113) from the Magistrate Judge's order (filing 105), as well as two motions (filings 119 & 131) for permission to file paper, as opposed to electronic, filings.

    Because Ms. Wickenkamp has already filed her brief (filing 119) in support of her appeal of the Magistrate Judge's order by conventional means, and because the brief now appears on the court's electronic filing system, I shall deny her first motion to file paper, as opposed to electronic, filings as moot.  Further, in the interest of expediting resolution of this matter, I shall grant Ms. Wickenkamp's motion for permission to file her reply brief in paper format.

    Accordingly,

IT IS ORDERED:

1.     Mary C. Wickenkamp's motion (filing 131) for an extension of time to file a brief in reply regarding her appeal (filing 113) from the Magistrate Judge's order (filing 105) is granted, and such reply shall be filed on or before October 27, 2006;

2. Ms. Wickenkamp's motion (filing 119) to file brief in paper format is denied as moot;

3. Ms. Wickenkamp's motion (filing 131) for leave to file her reply brief in paper format is granted;

4. No further extensions of time shall be granted; and

5. The Clerk of the United States District Court for the District of Nebraska shall adjust the court's computerized internal record-keeping system to reflect that the "response due" date for Filing 113, Appeal from Magistrate Judge's Order, is October 27, 2006.

October 24, 2006.

    BY THE COURT:
    s/ *Richard G. Kopf*
    United States District Judge