THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JUDITH TRACKWELL, | ) | 4:05CV3171 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **JUDGMENT** |
| B & J PARTNERSHIP, LTD., | ) | |
| CLAY F. SMITH, WILLIAM D. | ) | |
| SMITH, A. JOYCE SMITH, HOME | ) | |
| SERVICES OF NEBRASKA, INC., | ) | |
| and CAPITOL TITLE COMPANY, | ) | |
| | ) | |
| Defendants. | ) | |

Judgment is hereby entered in favor of the defendants and against Mary C. Wickenkamp personally, to wit: Ms. Wickenkamp shall pay, through counsel, $22,769 to defendants B & J Partnership, Ltd., Clay F. Smith, William D. Smith, and A. Joyce Smith, and $10,862 to defendant HomeServices of Nebraska, Inc.

November 16, 2006.

                                                                                               BY THE COURT:
                                                                                                s/ *Richard G. Kopf*
                                                                                                United States District Judge