THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JUDITH TRACKWELL, | ) | 4:05CV3171 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| B & J PARTNERSHIP, LTD., et al., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

Mary C. Wickenkamp, former counsel for the plaintiff, has filed a motion (filing 140) for permission to file paper, as opposed to electronic, filings with regard to her appeal from this court's judgment (filing 137) against her personally. (See Filing 139 (notice of appeal); Filing 141 (request for transcript).) Wickenkamp requests such leave because she "no longer maintains the computer facilities necessary to file matters electronically with this court and this matter relates to Wickenkamp personally and not to any client represented by her." (Filing 140.)

In the interest of expediting resolution of this matter, I shall grant Ms. Wickenkamp's motion for permission to file her appeal-related documents in paper format.

Accordingly,

IT IS ORDERED that Mary C. Wickenkamp's motion (filing 140) to file appeal documents in paper format is granted.

December 19, 2006.

BY THE COURT:
s/ *Richard G. Kopf*
United States District Judge