IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JUDITH TRACKWELL, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CV3171 |
| | ) | |
| v. | ) | |
| | ) | |
| B & J PARTNERSHIP, Ltd., | ) | MEMORANDUM AND ORDER |
| | ) | REGARDING |
| Defendants. | ) | MARY C. WICKENKAMP |
| | ) | |

Sufficient proof has been presented showing that Mary C. Wickenkamp, a lawyer formerly permitted to practice law in this court, has wilfully failed to comply with prior orders and a judgment issued by this Court requiring her to pay money as sanctions for improper behavior as a lawyer while appearing in this case. This Court has retained jurisdiction of that matter. Therefore,

IT IS ORDERED that:

1. Mary C. Wickenkamp is ordered to personally appear before this Court on Monday, August 2, 2010, at noon, in Courtroom No. 1, Lincoln, Nebraska, and show cause as to why she should not be held in contempt for wilful failure to pay the sanctions ordered in filing 137 (Judgment), filing 136 (Memorandum and Order), filing 82 (Memorandum and Order) and filing 105 (Memorandum and Order).

2. The law firm of Cline, Williams, Wright, Johnson & Oldfather, or one of its lawyers or agents, shall serve Mary C. Wickenkamp with a copy of this Memorandum and Order prior to the hearing date set forth above and submit proof that such service has been made by filing an affidavit in the court file.

3. The motion to file under seal (filing 182) is granted.

DATED this 24th day of May, 2010.

BY THE COURT:

*Richard G. Kopf*
United States District Judge