IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JUDITH TRACKWELL, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CV3171 |
| | ) | |
| v. | ) | |
| | ) | **MEMORANDUM** |
| B & J PARTNERSHIP, LTD., | ) | **AND ORDER** |
| | ) | |
| Defendant. | ) | |

Mary C. Wickenkamp is scheduled to appear before the court on Monday, August 2, 2010, to show cause as to why she should not be held in contempt for willful failure to pay the sanctions ordered in Filing 137. Ms. Wickenkamp has filed two motions (filings 189, 190), which she requests be sealed (filing 188). I shall grant the motion to seal the motions (filing 188), and I shall grant the motion requesting an extension of time to respond to discovery requests (filing 190). Because the hearing date on the failure to pay sanctions will occur before a response to Ms. Wickenkamp's remaining motion (filing 189) is due, I shall order the law firm of Cline, Williams, Wright, Johnson & Oldfather to file an expedited response to the court on or before Wednesday, July 21, 2010, to the remaining motion.

IT IS ORDERED:

1. The motion to file under seal (filing 188) is granted, and Filings 189, 190, and 191 shall be sealed;

2. Filing 190 is granted, and the deadline to respond to discovery requests is stayed until further order of the court; and

3. The law firm of Cline, Williams, Wright, Johnson & Oldfather shall file an expedited response to the court on or before Wednesday, July 21, 2010, to Ms. Wickenkamp's remaining motion (filing 189).

DATED this 19th day of July, 2010.

BY THE COURT:
*Richard G. Kopf*
United States District Judge