IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JUDITH TRACKWELL, | |
| Plaintiff, | 4:05CV3171 |
| v. | |
| B & J PARTNERSHIP, LTD., | **MEMORANDUM AND ORDER** |
| Defendant, | |
| and | |
| MARY C. WICKENKAMP, | |
| Judgment-Debtor. | |

Mary C. Wickenkamp has filed two affidavits (filings 202 & 206) labeled "SEALED" without filing a motion to seal pursuant to NECivR 7.5(a)(i). Therefore, I shall direct the Clerk of Court to unseal these affidavits.

IT IS ORDERED:

1.  The affidavits filed by Mary C. Wickenkamp (filings 202 & 206), which were provisionally sealed by the Clerk of Court, shall be unsealed.

2.  If Ms. Wickenkamp desires to have future documents sealed, she shall follow the Local Rules of the United States District Court for the District of Nebraska, available at www.ned.uscourts.gov.

DATED this 13th day of October, 2010.

>BY THE COURT:
>*Richard G. Kopf*
>United States District Judge

---

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.