IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JUDITH TRACKWELL, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CV3171 |
| | ) | |
| v. | ) | |
| | ) | MEMORANDUM AND ORDER |
| B & J PARTNERSHIP, Ltd., | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED:

1) Mary Wickenkamp's motion for additional time, (filing no. 205), is granted, and her response to the defendant's motion to compel shall be filed on or before October 25, 2010.

2) The clerk shall mail a copy of this order to Ms. Wickenkamp at her address of record.

DATED this 13th day of October, 2010.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge