IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JUDITH TRACKWELL, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CV3171 |
| | ) | |
| v. | ) | |
| | ) | |
| B & J PARTNERSHIP, Ltd., | ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendant. | ) | |

The Cline-Williams firm represents B & J Partnership, Ltd.  My law clerk, Bren Chambers previously worked for the Cline-Williams firm as an associate while the above-captioned case was pending in this forum.  Mr. Chambers has never worked on this case, either at the Cline-Williams firm or at this court, he will not work on it in the future, and he will be screened from any contact or discussions about the case.  Cf. Advisory Opinion No. 51, available at http://www.uscourts.gov/RulesandPolicies/CodesofConduct   (click on Published Advisory Opinions).

The disqualification of a federal judge's law clerk does not create a basis for disqualification of the federal judge.  Id.

Accordingly,

IT IS ORDERED that Mr. Chambers shall do no work on this case and shall be screened from discussions regarding this matter.

DATED this 4th day of November, 2010.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge