IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JUDITH TRACKWELL, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CV3171 |
| | ) | |
| v. | ) | |
| | ) | |
| B & J PARTNERSHIP, Ltd., | ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendant. | ) | |

Mary Wickenkamp has filed a motion to reconsider the court's memorandum and order, (filing no. 252), which denied her motion to stay and granted the defendants' discovery motions. (Filing No. 253). She further requests an opportunity "to be heard on a Motion for Protective Order and Objection to Discovery." Filing No. 253, p. 2, ¶ 6. Ms. Wickenkamp's motion to reconsider presents additional evidence, but raises no new arguments.

Accordingly,

1) Mary Wickenkamp's motion to reconsider, (filing no. 253), is denied.

2) Mary Wickenkamp remains ordered to fully comply with the court's prior order, (filing no. 252). To be specific, on or before January 20, 2011, Mary Wickenkamp shall serve her discovery answers under the terms and conditions set forth in filing no. 252.[1]

DATED this 20th day of January, 2011.

BY THE COURT:
*Richard G. Kopf*
United States District Judge

---

[1]As a reminder to Ms. Wickenkamp, paragraph 2 of the filing 252 order states:

a.   On or before January 20, 2011, Ms. Wickenkamp shall provide full and complete responses to the Interrogatories and Requests for Production of Documents served on her on June 5, 2010, copies of which are attached to Cline Williams' motion to compel;

b.   Ms. Wickenkamp shall verify, under oath, that her responses to the Interrogatories and Requests for Production of Documents are true and complete; and

c.   Ms. Wickenkamp shall sign the responses to Interrogatories and Requests for Production of Documents, and her signature shall be notarized.