IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JUDITH TRACKWELL, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CV3171 |
| | ) | |
| v. | ) | |
| | ) | |
| B & J PARTNERSHIP, Ltd., | ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED:

1) On or before February 10, 2011, Ms. Wickenkamp shall respond to Cline Williams' motion for leave to serve subpoenas, (filing no. 263), to obtain documents regarding Ms. Wickenkamp's bank accounts at Wells Fargo Bank in Lincoln, Nebraska.

2) No reply shall be filed absent leave of the court for good cause shown.

DATED this 1st day of February, 2011.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge