IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JUDITH TRACKWELL, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CV3171 |
| | ) | |
| V. | ) | |
| | ) | |
| B & J PARTNERSHIP, Ltd., | ) | ORDER |
| | ) | |
| Defendant, | ) | |
| | ) | |

and

MARY C. WICKENKAMP,

Judgment-Debtor

IT IS ORDERED that:

1. In this case, the reference to Judge Zwart is withdrawn. The undersigned will handle all matters related to this case.

2. No further communications should be made with Judge Zwart's chambers.

3. Judge Zwart is instructed to no longer receive fax transmissions from Ms. Wickenkamp for filing on the court's docket.

4. The Clerk shall provide Judge Zwart with a copy of this Order.

DATED this 24th day of March, 2011.

BY THE COURT:

*Richard G. Kopf*
United States District Judge