IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JUDITH TRACKWELL, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CV3171 |
| | ) | |
| V. | ) | |
| | ) | |
| B & J PARTNERSHIP, Ltd., | ) | ORDER |
| | ) | |
| Defendant, | ) | |
| | ) | |

and

MARY C. WICKENKAMP,

       Judgment-Debtor.

IT IS ORDERED that:

1. The Motion to Dismiss Contempt Proceedings and/or Vacate Court's Order of May 24, 2010 (filing no. 258) is denied.

2. The Motion for Leave to Serve Supoenas (filing no. 263) is granted.

3. The Motion for Protective Order and Motion for Recusal (filing no. 267) is denied.

4. The Objection to Motion for Leave to Serve Supoena (filing no. 269) is denied.

5. The Motion to File Under Seal (filing no. 270) is denied.

6. The Motion for Reciprocal Discovery (filing no. 272) is denied.

7. Cline-Williams shall provide Wickenkamp with a list of witnesses who may be called to testify at the contempt hearing, a short summary of the expected testimony of those witnesses, and copies of exhibits that may be offered at the contempt hearing. That information shall be provided at least 14 calendar days before commencement of the contempt hearing.

8. Noting that Wickenkamp is able to travel at the insistence of Ms. Fritz (filing no. 282) despite the claim that Wickenkamp suffers from "COPD" that renders her breathless, the Motion to Appoint Counsel (filing no. 279) is denied.

DATED this 24th day of March, 2011.

                                            BY THE COURT:

                                            *Richard G. Kopf*
                                            United States District Judge