IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JUDITH TRACKWELL, ) | |
| ) | |
| Plaintiff, ) | 4:05CV3171 |
| ) | |
| v. ) | |
| ) | |
| B & J PARTNERSHIP, LTD., ) | **MEMORANDUM** |
| ) | **AND ORDER** |
| Defendant, ) | |
| ) | |
| and ) | |
| ) | |
| MARY C. WICKENKAMP, ) | |
| ) | |
| Judgment-Debtor. ) | |

Now that the Eighth Circuit Court of Appeals has affirmed (filings 295 & 296) this court's prior order (filing 237) denying Mary C. Wickenkamp's request (filing 201), pursuant to Fed. R. Civ. P. 60(b), to vacate the 2006 judgment (filing 137) that imposed sanctions against her, I shall order the parties to file a status report regarding the contempt proceedings against Ms. Wickenkamp.

IT IS ORDERED that Mary C. Wickenkamp and Cline, Williams, Wright, Johnson & Oldfather, L.L.P.[1], on or before May 16, 2011, shall file with the court a status report regarding the contempt proceedings against Ms. Wickenkamp.

---

[1] The Eighth Circuit Court of Appeals granted a motion to substitute as appellee Cline, Williams, Wright, Johnson & Oldfather, L.L.P., as the real party in interest with regard to the sanctions judgment. (Filing 295.)

DATED this 3rd day of May, 2011.

                                          BY THE COURT:
                                          *Richard G. Kopf*
                                          United States District Judge

---

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.