IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JUDITH TRACKWELL, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CV3171 |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| B & J PARTNERSHIP, Ltd., | ) | |
| | ) | |
| Defendant. | ) | |

This chambers has received a facsimile for filing from Mary Wickenkamp. By order of Judge Kopf, (see attached filing no. 288), the undersigned magistrate judge is no longer assigned to this case and will no longer receive facsimile filings from Ms. Wickenkamp.

Accordingly,

IT IS ORDERED that Ms. Wickenkamp shall cease all contact with my chambers, including by facsimile.

DATED this 5th day of May, 2011.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JUDITH TRACKWELL, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CV3171 |
| | ) | |
| V. | ) | |
| | ) | |
| B & J PARTNERSHIP, Ltd., | ) | ORDER |
| | ) | |
| Defendant, | ) | |
| | ) | |

and

MARY C. WICKENKAMP,

Judgment-Debtor

IT IS ORDERED that:

1. In this case, the reference to Judge Zwart is withdrawn. The undersigned will handle all matters related to this case.

2. No further communications should be made with Judge Zwart's chambers.

3. Judge Zwart is instructed to no longer receive fax transmissions from Ms. Wickenkamp for filing on the court's docket.

4. The Clerk shall provide Judge Zwart with a copy of this Order.

DATED this 24th day of March, 2011.

BY THE COURT:

*Richard G. Kopf*
United States District Judge