IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JUDITH TRACKWELL, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CV3171 |
| | ) | |
| v. | ) | |
| | ) | |
| B & J PARTNERSHIP, LTD., et al., | ) | **MEMORANDUM AND ORDER** |
| | ) | |
| Defendants, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| CLINE, WILLIAMS, WRIGHT, JOHNSON & OLDFATHER, L.L.P., | ) | |
| | ) | |
| Real Party In Interest, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| MARY C. WICKENKAMP, | ) | |
| | ) | |
| Judgment-Debtor. | ) | |

The Court of Appeals has substituted the Cline Williams law firm as the real party in interest (filings 298 & 299) regarding the judgment entered herein (filing 137) imposing monetary sanctions against Ms. Wickenkamp. As a result, I have conformed the caption of this matter accordingly.

Moreover, the Court of Appeals has affirmed the judgment against Ms. Wickenkamp, and the Court of Appeals has also disposed of her claims that this court lacked jurisdiction to impose sanctions and that Ms. Wickenkamp was denied procedural due process. (Filings 298 & 299.) Furthermore, a competent authority

has determined that there are no grounds for concluding that I am biased against Ms. Wickenkamp. (Sealed Filing 286.)

Because the amended answer proposed by Ms. Wickenkamp (filing 291) raises claims and defenses that have been determined to have no merit, I will deny Ms. Wickenkamp's Motion for Reconsideration (filing 301) regarding her desire to file an amended answer. However, I will give Ms. Wickenkamp an opportunity to submit an amended answer that does not raise claims or defenses that have been previously found wanting. For example, Ms. Wickenkamp may file an amended answer asserting that her failure to pay the judgment was not willful (if that assertion is truthful).

IT IS ORDERED that:

1. The Motion for Reconsideration (filing 301) is denied.

2. No later than 5:00 P.M. on Friday May 27, 2011, Ms. Wickenkamp may file an amended answer that complies with this Memorandum and Order.

3. The foregoing does not relieve Ms. Wickenkamp from the requirement that she submit a status report on or before May 16, 2011. (*See* Filing 297.)

DATED this 12th day of May, 2011.

BY THE COURT:
*Richard G. Kopf*
United States District Judge