IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JUDITH TRACKWELL, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CV3171 |
| | ) | |
| v. | ) | |
| | ) | |
| B & J PARTNERSHIP, Ltd., etc., et al, | ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendants, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| CLINE, WILLIAMS, WRIGHT, JOHNSON & OLDFATHER, L.L.P., | ) | |
| | ) | |
| Real Party In Interest, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| MARY C. WICKENKAMP, | ) | |
| | ) | |
| Judgment-Debtor. | ) | |

After reviewing the status reports (filings nos. 304 and 305),

IT IS ORDERED that:

1. No later than 5:00 P.M. on June 3, 2011, Ms. Wickenkamp shall originally sign and then file with the court an affidavit in the following form:

> I, Mary C. Wickenkamp, declare, certify, verify or state under penalty of perjury that all answers to interrogatories that I have previously submitted in response to discovery requests submitted to me in my individual capacity, such as those answers made a part of filing no. 198 and those answers served on or about January 20, 2011, are true and correct. Executed on [date] [Manual Signature].

<u>The affidavit must be dated and signed by Mary C. Wickenkamp.</u>

2. The undersigned declines, at this time, to issue the other orders requested by Cline-Williams.

DATED this 17th day of May, 2011.

                        BY THE COURT:

                        *Richard G. Kopf*
                        United States District Judge