IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JUDITH TRACKWELL, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CV3171 |
| | ) | |
| v. | ) | |
| | ) | |
| B & J PARTNERSHIP, Ltd., etc., et al., | ) | ORDER |
| | ) | |
| Defendants. | ) | |
| | ) | |

    Ms. Wickenkamp faxed to my chambers proposed pleadings in this matter. Noting that the pleadings are incomplete and that my judicial assistant was unable to reach Ms. Wickenkamp, I will direct the Clerk to file the incomplete pleadings. In the future, Ms. Wickenkamp should submit all pleadings by the United States mail and not by fax. IT IS SO ORDERED.

    DATED this 26th day of May, 2011.

                                                        BY THE COURT:

                                                        *Richard G. Kopf*
                                                        United States District Judge