IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JUDITH TRACKWELL, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CV3171 |
| | ) | |
| v. | ) | |
| | ) | |
| B & J PARTNERSHIP, LTD., et al., | ) | **ORDER** |
| | ) | |
| Defendants, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| CLINE, WILLIAMS, WRIGHT, | ) | |
| JOHNSON & OLDFATHER, L.L.P., | ) | |
| | ) | |
| Real Party In Interest, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| MARY C. WICKENKAMP, | ) | |
| | ) | |
| Judgment-Debtor. | ) | |

IT IS ORDERED:

1. Mary C. Wickenkamp's unopposed Motion to Extend Filing Date for Affidavit and to Deem Timely Filed When Received (filing 315) is granted;

2. The above-referenced Affidavit, filed in this court on June 7, 2011 (filing 318) in response to this court's prior order (filing 306), is deemed timely filed;

3. As stated by Mary C. Wickenkamp in such Affidavit (filing 318 ¶ 11), Ms. Wickenkamp shall mail her "supplemental set of discovery responses, which will include corrections of all information known by [her] to be incorrect" on or before June 10, 2011.

DATED this 8th day of June, 2011.

BY THE COURT:
s/ *Richard G. Kopf*
United States District Judge