IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JUDITH TRACKWELL, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CV3171 |
| | ) | |
| v. | ) | |
| | ) | |
| B & J PARTNERSHIP, LTD., et al., | ) | **ORDER** |
| | ) | |
| Defendants, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| CLINE, WILLIAMS, WRIGHT, JOHNSON & OLDFATHER, L.L.P., | ) | |
| | ) | |
| Real Party In Interest, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| MARY C. WICKENKAMP, | ) | |
| | ) | |
| Judgment-Debtor. | ) | |

  Cline, Williams, Wright, Johnson & Oldfather, L.L.P., has filed a Motion to Dismiss Contempt Proceedings Without Prejudice (filing 330). Mary C. Wickenkamp has not objected or otherwise responded to the motion. Accordingly,

  IT IS ORDERED:

  1. The Motion to Dismiss Contempt Proceedings Without Prejudice (filing 330) is granted;

      2.      The Motion to Hold in Contempt for Willful Failure to Pay Sanctions (filing 183) is denied without prejudice as moot;

      3.      The Motion for Summary Judgment (filing 309), Renewed Motion for Appointment of Counsel (filing 323), and Motion to Deem Timely Filed (filing 334), all filed by Mary C. Wickenkamp, are denied as moot;

      4.      This civil contempt proceeding is dismissed without prejudice; and

      5.      Judgment shall be entered by separate document.

DATED this 4th day of August, 2011.

                                          BY THE COURT:
                                          s/ *Richard G. Kopf*
                                          United States District Judge